IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Laquinces D. Davis, | ) | C/A No. 0:09-3218-RMG-PJG |
|               Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Leroy Cartiledge, | ) | |
|               Respondent. | ) | |

Pursuant to the court's order dated February 8, 2011 (ECF No. 50), this matter was recommitted to the assigned magistrate judge for further proceedings. Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, all dispositive motions shall be filed on or before **April 1, 2011**.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 9, 2011
Columbia, South Carolina