IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2011 SEP 19  A 11: 45

| | |
|---|---|
| Laquinces D. Davis, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 0:09-cv-3218-RMG |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Leroy Cartiledge, ) | |
| ) | |
| Respondent. ) | |

Petitioner has moved for an extension of time to file objections to the Report and Recommendations filed September 2, 2011 (Dkt. No. 83). Petitioner's time to file an objection is hereby extended to October 4, 2011.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

September 19, 2011
Charleston, South Carolina